FILED

FEB 2 4 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 23-30026-DWD |
| ) | |
| RAYMOND MORALES-OTANEZ, ) | Title 21, United States Code, Sections 846, |
| RICOSHA YOUNG, ) | 841(a)(1), 841(b)(1)(A)(vi), |
| SHAWNTEL LOUIS, ) | 841(b)(1)(A)(viii), |
| DEJA DANIELS, ) | 841(b)(1)(B)(viii), and 841(b)(1)(C) |
| WAITH WILLIAMS, and ) | |
| TYRONE G. ETHERIDGE, ) | Title 18, United States Code, |
| ) | Sections 1952(a)(1), 1952(a)(3), and |
| Defendants. ) | 1952(b) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES: METHAMPHETAMINE, FENTANYL, AND HEROIN

Beginning on or about March 3, 2019, and continuing until on or about January 1, 2022, in Marion County, within the Southern District of Illinois, and elsewhere,

**RAYMOND MORALES-OTANEZ, RICOSHA YOUNG, SHAWNTEL LOUIS, DEJA DANIELS, WAITH WILLIAMS, and TYRONE G. ETHERIDGE**

defendants herein, did conspire and agree together and with others, known and unknown to the Grand Jury, including a deceased person known to the Grand Jury, to knowingly and intentionally distribute controlled substances, to wit: a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly known as fentanyl, a Schedule II Controlled Substance; and heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of a mixture or substance containing a detectable amount of methamphetamine involved in the conspiracy was 500 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

It is further alleged that the total amount of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly known as fentanyl, involved in the conspiracy was 400 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(vi).

## COUNT 2
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about January 17, 2020, in Madison County, within the Southern District of Illinois,

**DEJA DANIELS,**

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 3
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about December 23, 2019, in Marion County, within the Southern District of Illinois,

**RICOSHA YOUNG,**

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 4
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about January 16, 2020, in Marion County, within the Southern District of Illinois,

### SHAWNTEL LOUIS,

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 5
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about March 19, 2020, in Marion County, within the Southern District of Illinois,

### TYRONE G. ETHERIDGE,

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 5 grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 6
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about October 26, 2020, in Marion County, within the Southern District of Illinois,

### WAITH WILLIAMS,

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 5 grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B)(viii).

### COUNT 7
### TRANSPORTATION IN AID OF RACKETEERING ENTERPRISE

On or about September 28, 2019, in Marion County, within the Southern District of Illinois and elsewhere,

**SHAWNTEL LOUIS and DEJA DANIELS,**

Defendants herein, used a facility in interstate/foreign commerce, namely Western Union, with the intent to distribute the proceeds of an unlawful activity, and with the intent to otherwise promote, manage, and carry on an unlawful activity, namely a business enterprise involving distribution of controlled substances, and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity and to otherwise promote, manage, and carry on the unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(1), 1952(a)(3), and 1952(b).

A TRUE BILL

/s/ Karelia S. Rajagopal
KARELIA S. RAJAGOPAL
Assistant United States Attorney

/s/ Rachelle A. Crowe
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: DETENTION